No. 99–7576. O'DONNELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7577. BONNER v. DEPARTMENT OF THE AIR FORCE. C. A. 6th Cir. Certiorari denied.

No. 99–7578. CLEVELAND v. FRAZIER, DIRECTOR, ARKANSAS DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Ark. Certiorari denied.

No. 99–7581. GRIBBLE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7582. SANCHEZ v. HENDERSON, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 99–7583. SOSA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7584. SHANNON v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 99–7585. RIGSBY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–7587. SHARPE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7589. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7590. MOODY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7595. WEISS v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–7596. VALANCE v. WALKER, WARDEN. Sup. Ct. Ohio. Certiorari denied.